**Order entered September 7, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01296-CR

### SRINIVAS EADHA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-83015-2015

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On September 4, 2018, a supplemental clerk's record was filed with the trial court's findings. We **ADOPT** the trial court's findings and recommendations that (1) appellant wants to pursue this appeal; (2) counsel Michael Nolte is retained, has not abandoned the appeal, and was recently paid to write the brief; and (3) counsel needs approximately thirty days in which to write the brief.

We **ORDER** appellant's brief filed on or before October 8, 2018.

/s/    LANA MYERS
JUSTICE